IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE W. WILLIAMS, SR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-1288-D-BW |
| | § | |
| RICHARDSON ISD, | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case on August 12, 2025. Plaintiff filed objections and amended objections on August 26, 2025. The undersigned district judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections and amended objections are overruled, and the court finds no plain error with respect to the remainder of the FCR.

Accordingly, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge, grants defendant Richardson ISD's February 18, 2025 Rule 12(b)(6) motion to dismiss (ECF No. 28), and denies plaintiff Williams' March 24, 2025 opposed motion for leave to file second amended complaint (ECF No. 39).

**SO ORDERED**.

September 2, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE